**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00027-BNB

JENNIFER D. HARRIS,

    Plaintiff,

v.

VICTOR CHAVEZ, Major,
RAMONA AVANT, Captain,
TODD COWENS, Lieutenant, and
TONYA GAMBLIN, Sergeant,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion for non payment of filing fees, filed on October 22, 2010, is DENIED as unnecessary. It is Plaintiff's responsibility to comply with the March 15, 2010, Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed. Failure to do so may result in the dismissal of the action.

Dated: November 12, 2010