IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00027-PAB-CBS

JENNIFER D. HARRIS,
    Plaintiff,
v.

RAMONA AVANT, Captain, and
TONYA GAMBLIN, Sergeant,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Ms. Harris' "Motion for Nonpayment of Filing Fees" (filed January 13, 2012) (Doc. # 75) (docketed by the Clerk of the Court as "Motion for Extension of Time to Pay Filing Fee").  Pursuant to the Order of Reference dated December 2, 2010 (Doc. # 34) and the memorandum dated January 13, 2012 (Doc. # 76), this matter was referred to the Magistrate Judge.  The court having reviewed the matter, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    Ms. Harris' "Motion for Nonpayment of Filing Fees" (filed January 13, 2012) (Doc. # 75) (docketed by the Clerk of the Court as "Motion for Extension of Time to Pay Filing Fee") is terminated as a Motion and treated as Plaintiff's Inmate Trust Fund Account Statement showing cause why she cannot make a payment toward her filing fee in response to the court's March 15, 2010 Order Granting Leave to Proceed in Forma Pauperis Pursuant to 28 U.S.C. § 1915 (Doc. # 9).

DATED at Denver, Colorado, this 13th day of January, 2011.

BY THE COURT:

　　s/Craig B. Shaffer　　
United States Magistrate Judge